AO 93   (Rev. 8/98) Search Warrant

# UNITED STATES DISTRICT COURT

__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAY 0 2 2008
JOHN F. CORCORAN, CLERK
BY: /s/ _____
DEPUTY CLERK

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Premises known as:
One Hitachi Desktop Harddrive, Model HDS722525VLAT80, SN C6C993YL containing imaged files from five harddrives provided by William White to Glenn S. Dardick, pursuant to court order in the matter of United States of America et. al vs. John Crockett Henry, Civil Case No. 7:08MC00003. Obtained by the FBI pursuant to Grand Jury Subpoena dated April 7, 2008.

## SEARCH WARRANT

Case Number: 7O8m214

**SEALED**

TO:   __FBI Special Agent T. David Church, Jr.__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by   __T. David Church, Jr.__   who has reason to believe
                                                          Affiant

that ☐ on the person of, or ☒ on the premises known as (name, description and/or

One Hitachi Desktop Harddrive, Model HDS722525VLAT80, SN C6C993YL containing imaged files from five harddrives provided by William White to Glenn S. Dardick, pursuant to court order in the matter of <u>United States of America et. al vs. John Crockett Henry</u>, Civil Case No. 7:08MC00003.  Obtained by the FBI pursuant to Grand Jury Subpoena dated April 7, 2008.

in the __Western__ District of __Virginia__ there is now concealed a certain person or property, namely (describe the person or property)

Evidence, fruits, and instrumentalities contained within One Hitachi Desktop Harddrive, Model HDS722525VLAT80, SN C6C993YL containing imaged files from five harddrives provided by William White to Glenn S. Dardick, pursuant to court order in the matter of <u>United States of America et. al vs. John Crockett Henry</u>, Civil Case No. 7:08MC00003.  Obtained by the FBI pursuant to Grand Jury Subpoena dated April 7, 2008.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before   __May 2, 2008__
                                                                                      Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ in the daytime — 6:00 AM to 10:00 P.M.   ☒ at anytime in the day or night as I find reasonable cause has been established   and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

__James C. Turk__   as required by law.
U.S. Judge or Magistrate

__April 21, 2008 at 2:30 P.M.__   at   __Roanoke, VA__
Date and Time Issued                                                                  City and State

James C. Turk, Senior U.S. District Judge   /s/ James C. Turk

214

AO 93         (Rev. 8/98) Search Warrant

| Name and Title of Judicial Officer | Signature of Judicial Officer |
|---|---|
|  |  |

AO 93         (Rev. 8/98)   Search Warrant (Reverse)

| RETURN | Case Number: |  |
|---|---|---|
| DATE WARRANT RECEIVED<br>04/21/2008 | DATE AND TIME WARRANT EXECUTED<br>05/01/2008   4:40 PM | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF<br>N/A | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT<br>N/A | | |

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

May 2, 2008         *[signature]*
                                                                     U.S. District Judge

U.S. Judge or Magistrate      Date    214